DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARCOS AVINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>MARCOS AVINA,<br><br>                    Defendant. | No. CR-S-07-0414 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>Date:  October 26, 2007<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MARCOS AVINA, that the Status Conference hearing date of October 19, 2007, is vacated and a new Status Conference hearing date of October 26, 2007, at 9:00 a.m. is hereby set.

This continuance is requested because the parties are working on a resolution of this matter.

It is further stipulated that the period from October 19, 2007, through and including October 26, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation.

2  Dated:  October 17, 2007                    Respectfully submitted,

3

4                                              DANIEL J. BRODERICK
                                               Federal Defender
5

6
                                                /s/ Mary M. French
7                                              MARY M. FRENCH
                                               Supervising Assistant
8                                              Federal Defender
                                               Attorney for Defendant
9                                              MARCOS AVINA

10

11
   Dated:  October 17, 2007                    MCGREGOR W. SCOTT
12                                             United States Attorney

13
                                               /s/  Mary M. French for
14                                                  Michael Beckwith

15                                             _____
                                               MICHAEL BECKWITH
                                               Assistant U.S. Attorney
16                                             per telephonic authorization

17

18 IT IS SO ORDERED.

19 Dated:  October 19, 2007

20

21                                             _____
                                               GARLAND E. BURRELL, JR.
22                                             United States District Judge

23

24

25

26

27

28

Stip and Order/Avina                   2